FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OKSANA TURNEY, an Individual; | Case No: 2:21-cv-02139-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| RICHEMONT NORTH AMERICA, INC. dba VAN CLEEF & ARPELS a Foreign Corporation, and DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

KANG & ASSOCIATES, PLLC

By: /s/ _____
6480 West Spring Mountain Rd., Ste. 1
Las Vegas, Nevada 89146
Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By: /s/ Scott M. Mahoney, Esq.
300 South Fourth Street #1500
Las Vegas, Nevada 89101
Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: May 6, 2022

- 1 -

FP 43818885.1